**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRANAB VARADAKAR, individually and on behalf of others similarly situated,<br><br>                              Plaintiffs,<br><br>             -against-<br><br>TANDOORI RESTAURANT CORP. (D/B/A Indi-Q Restaurant), JAY PATEL and BHARAT PATEL,<br><br>                              Defendants. | Civil Case No. 7:21-cv-05189 (NSR-AEK)<br><br>**(PROPOSED) ORDER ENTERING JUDGMENT PURSUANT TO F.R.C.P. RULE 68** |

WHEREAS on or about July 22, 2022, Defendants TANDOORI RESTAURANT CORP. (D/B/A Indi-Q Restaurant), JAY PATEL and BHARAT PATEL (collectively, "Defendants") extended to Plaintiff PRANAB VARADAKAR ("Plaintiff"), individually, an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of sixty thousand dollars and zero cents ($60,000.00), and whereas said Plaintiff, individually, accepted said offer on or about July 25, 2022,

JUDGMENT shall be entered in favor of said Plaintiff, individually, against said Defendants in the amount of sixty thousand dollars and zero cents ($60,000.00).

Dated:  New York, New York

            _____ , 2022.

                                                                    _____
                                                                    NELSON S. ROMAN, U.S.D.J.